**WARFIELD NATURAL GAS COMPANY, Movant, v. BURGESS,**

Clerk, et al., Opposed.

Court of Appeals of Kentucky.

(Decided Nov. 19, 1935.)

KIRK & WELLS, for movant.

WHEELER & WHEELER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.